**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Martell Jones,

                   Plaintiff,        Case No. 24-12655

v.                            Judith E. Levy
                                   United States District Judge

Brian Tenniswood,

                               Mag. Judge David R. Grand

               Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [28]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending the Court dismiss the case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (ECF No. 28.)  The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court notes that Plaintiff Martell Jones' failure to file objections further supports Judge Grand's determination that Plaintiff has abandoned the case.

The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 28) is ADOPTED;

Defendant's motion for summary judgment is DENIED AS MOOT; and

This case is hereby DISMISSED WITH PREJUDICE.[1]

IT IS SO ORDERED.

Dated: May 14, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).