# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Martell Jones,

                    Plaintiff,        Case No. 24-12655

v.                                    Judith E. Levy
                                    United States District Judge

Brian Tenniswood,

                                    Mag. Judge David R. Grand

                  Defendant.

_____/

## ORDER SETTING DEADLINES FOR PLAINTIFF

On May 14, 2026, the Court adopted Magistrate Judge David R. Grand's Report and Recommendation ("R&R") recommending the Court dismiss the case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (ECF No. 30.) After this order was issued, the Court received Plaintiff Martell Jones' objections to the R&R. (ECF No. 32.)

The parties were required to file specific written objections, if any, within 14 days of service of the R&R. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). Here, the R&R was issued on April 20, 2026 (ECF No. 28); as such, objections to the R&R were due on May 4, 2026. Plaintiff's objections are dated May 7, 2026, and the postmark is dated May 9, 2026,

(ECF No. 32, PageID.237, 240.) Plaintiff's objections were received on May 14, 2026 and entered on the docket on May 15, 2026.

Plaintiff declares under penalty of perjury that he received a copy of the R&R on May 4, 2026, and that he never received a copy of Defendant's motion for summary judgment or Judge Grand's order to show cause. (*Id.* at PageID.238–239.) Plaintiff believes that he received these documents late or never at all "due to the negligence or deliberate indifference of prison officials with my legal mail." (*Id.* at PageID.239.)

In short, Plaintiff states that he never received the motion for summary judgment or the order to show cause, and that he received the R&R too close to the deadline to timely respond. As such, the Court finds that it is in the interests of justice for Plaintiff to have an opportunity to reopen the case and respond to Defendant's motion for summary judgment.

In the event that Plaintiff wishes to reopen this case, he is ORDERED to (1) file a motion for relief from judgment under Federal Rule of Civil Procedure 60(b),[1] and (2) file his response to Defendant's

---

[1] A court may not reopen a case pursuant to Federal Rule of Civil Procedure 60(b) without a motion by the affected party. *McGraw-Hill Glob. Educ., LLC. v. Jones,*

motion for summary judgment. Plaintiff must file both of these documents **within 60 days of this order**. As a one-time courtesy, the Court will send a copy of the motion for summary judgment to Plaintiff with this order.

IT IS SO ORDERED.

Dated: June 4, 2026　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

714 F. App'x 500, 503 (6th Cir. 2017). As such, the Court may not vacate the judgment without a motion from Plaintiff.